WILHELM KOCH, Respondent, *v.* MARGARET E. REGAN et al., Appellants.

Argued October 7, 1947; decided October 17, 1947.

*Frank H. Connelly, Jr.,* and *Alfred F. Fanelli* for appellants. *Joseph S. Johnston* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.